Opinion issued July 23, 2010 

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-10-00594-CV






IN RE KMT BUILDING COMPANY AND DOUGLAS JOSLYN,
INDIVIDUALLY, Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relators, KMT Building Company and
Douglas Joslyn, individually, challenge the trial court's July 14, 2010 order granting
motions to strike an expert witness of KMT and four of KMT's trial witnesses. 

We deny the petition for writ of mandamus. All outstanding motions are
denied as moot.

Per Curiam 


Panel consists of Justices Jennings, Keyes, and Massengale. 


1. The underlying case is Rimkus Consulting Group, Inc. v. KMT Building Co., No.
2008-75672 in the 157th Judicial District Court of Harris County, Texas, the Hon.
Randy Wilson, presiding.